**No. 54798.**—Bohemian Distributing Co. *v.* United States, protest 158613–K. (Philadelphia).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel and for the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.   The collector was directed to reliquidate the entry and refund such duty and internal revenue tax as were levied upon 581.3 proof gallons.

**No. 54799.**—A. J. Van Dugteren & Sons, Inc. *v.* United States, protest 154592–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Washington State Liquor Control Board* (34 C. C. P. A. 118, C. A. D. 352) and that the merchandise, consisting of 109 pieces of glassware from case 2179, was not in fact imported.   In accordance with stipulation of counsel and following the decision cited, as well as that in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), it was held that duty is not assessable upon the 109 pieces of glassware missing from case 2179.   The protest was sustained to this extent.

**No. 54800.**—Gimbel Bros., Inc. *v.* United States, protest 145309–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issue herein is similar to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of 313.96 meters of silk fabric from case 5000/1, was not in fact imported.   In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the 313.96 meters of silk fabric missing from case 5000/1.   The protest was sustained to this extent.

**No. 54801.**—Gimbel Bros., Inc. *v.* United States, protest 145334–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issue and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise consisting of 1 case of woodenware, number 3014, was not in fact imported. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the woodenware contained in case number 3014.   The protest was sustained to this extent.